An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JESUS ALBERTO CASTANEDA,
Appellant,
vs.
ELAINNE ZHELEZNYAK,
Respondent.

No. 66695

**FILED**

FEB 02 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a post-divorce decree district court order in a family law matter. Eighth Judicial District Court, Clark County; Jack B. Ames, Judge.

Our review of the documents before this court reveals a jurisdictional defect. This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *See Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). Although a court rule authorizes an appeal to be taken from a special order after final judgment, *see* NRAP 3A(b)(8), to be appealable as a special post-judgment order, the order must affect the rights of a party growing out of the final judgment. *Gumm v. Mainor*, 118 Nev. 912, 59 P.3d 1220 (2002). The September 25, 2014, order challenged in this appeal (1) denied without prejudice appellant's request to hold respondent in contempt, as the issues raised in the motion for contempt are before this court on appeal in Docket No. 63834; (2) granted respondent's request for a show cause hearing that was scheduled for November 24, 2014; (3) directed appellant to file an affidavit of arrears showing what he believed he owed in arrears; and (4) deferred ruling on respondent's request to obtain the children's passports.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-03419

Because the September order did not affect the rights of the parties growing out of the divorce decree, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:  Hon. Jack B. Ames, District Judge
     Jesus Alberto Castaneda
     Prokopius & Beasley
     Eighth District Court Clerk